# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UVALDO CRUZ,<br><br>　　　　Petitioner,<br>vs.<br><br>HARRISON, Warden,,<br><br>　　　　Respondent. | CASE NO. 05cv1925 DMS (WMc)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DISMISSING PETITION FOR WRIT OF *HABEAS CORPUS*** |

On October 7, 2005, Petitioner Uvaldo Cruz, a state prisoner proceeding *pro se*, filed a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner asserts two grounds for habeas relief. First, he argues the California Court of Appeal improperly concluded that the trial court's error in proceeding with closing arguments in his absence was harmless beyond a reasonable doubt. Second, he asserts the state appellate court improperly concluded that his claim of prosecutorial misconduct was foreclosed due to counsel's failure to contemporaneously object to a comment of the prosecutor during closing arguments.

On December 1, 2006, Magistrate Judge William McCurine, Jr. issued a Report and Recommendation, recommending that the Court dismiss the Petition with prejudice. This Court, having reviewed *de novo* the Magistrate Judge's Report, and there being no objections filed to the

/ / /

/ / /

1  Report, adopts the recommendation in full and DISMISSES the petition for *habeas corpus* with
2  prejudice.
3      **IT IS SO ORDERED.**
4  DATED: April 3, 2007

                                              HON. DANA M. SABRAW
                                              United States District Judge

cc:    all parties
        Judge McCurine